914

No. 93–71. NELSON ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–86. PARKINS, ADMINISTRATOR OF THE ESTATE OF PARKINS, DECEASED *v.* MOBAY CORP. C. A. 11th Cir. Certiorari denied.

No. 93–100. NATIONAL BUSINESS FACTORS, INC. *v.* ROLLINS ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–102. MATHES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–105. BLUE CROSS & BLUE SHIELD OF MARYLAND, INC. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–109. SERRANO *v.* UNITED STATES; and
No. 93–5403. WILSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–125. RENNEISEN ET AL. *v.* AMERICAN AIRLINES, INC. C. A. 7th Cir. Certiorari denied.

No. 93–155. SOUTHARDS ET UX. *v.* MOTEL MANAGEMENT CO., NKA B & M MANAGEMENT CO., INC., ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 93–187. KAHN, TRUSTEE FOR HEMINGWAY TRANSPORT, INC., ET AL. *v.* JUNIPER DEVELOPMENT GROUP ET AL. C. A. 1st Cir. Certiorari denied.

No. 93–214. BRYANT ET AL. *v.* KLEIN ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–216. SLAWEK *v.* GATEWAY BROADCASTING CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–217. TAYLOR INVESTMENT, LTD., ET AL. *v.* UPPER DARBY TOWNSHIP ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–220. DUPHAR, B. V. *v.* TOBIN. C. A. 6th Cir. Certiorari denied.